UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

––––––

MARK ANTHONY GOWENS,

        Petitioner,        Case No. 1:15-cv-943

v.

        Honorable Paul L. Maloney

SHERRY BURT,

        Respondent.

_____/

## **JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.

Dated: December 1, 2015        /s/ Paul L. Maloney
                               Paul L. Maloney
                               United States District Judge